THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

WASTE ACTION PROJECT,                    CASE NO. C15-0796-JCC

10                        Plaintiff,       MINUTE ORDER

11             v.

12   ASTRO AUTO WRECKING, LLC,

13                        Defendant.

14

15       The following Minute Order is made by direction of the Court, the Honorable John C.

16   Coughenour, United States District Judge:

17       The Court directs Courthouse Security to allow the parties and the litigants in the above-

18   captioned case to bring food and drink into the courthouse for the duration of the trial, which is

19   set to begin on Monday, February 27, 2017 and end on Wednesday, March 1, 2017.

20       DATED this 23rd day of February 2017.

21                                          William M. McCool
                                            Clerk of Court
22

23                                          /s/Paula McNabb
                                            Deputy Clerk
24

25

26

MINUTE ORDER C15-0796-JCC
PAGE - 1