THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASTE ACTION PROJECT,<br><br>               Plaintiff,<br>    v.<br><br>ASTRO AUTO WRECKING, LLC,<br><br>               Defendant. | CASE NO. C15-0796-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The proposed pretrial order indicates that Defendant will call two expert witnesses, Steven Neugebauer and Rone Brewer, to provide an "expert opinion of Astro's alleged discharges and compliance with the CWA and/or rebut any such testimony put on by WAP's experts." (Dkt. No. 71 at 11.) Generally, "[n]o party shall call more than one expert witness to testify." Local Civil Rule 39.2(j). The Court finds this rule applicable here, and Defendant will be permitted to call only one expert witness.

DATED this 23rd day of February 2017.

                 William M. McCool
                 Clerk of Court

                 /s/Paula McNabb
                 Deputy Clerk