THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASTE ACTION PROJECT, | CASE NO. C15-0796-JCC |
| Plaintiff, | ORDER |
| v. | |
| ASTRO AUTO WRECKING, LLC, | |
| Defendant. | |

This matter comes before the Court on defense counsel's motion for leave to withdraw (Dkt. No. 110). Having thoroughly considered the parties' briefing, the Court hereby GRANTS the motion for the reasons explained herein.

After a four-day bench trial, this Court entered judgment in favor of Plaintiff in this case. (Dkt. No. 98.) This was over five years ago. (*Id.*) Defense counsel now moves to withdraw, stating the only remaining involvement between the parties involves compliance with the Court's previous Order, and counsel is no longer willing or able to represent Defendant in this capacity. (Dkt. No. 110.) Plaintiff opposes the motion, alleging Defendant continues to violate the Court's previous orders and further litigation may ensue. (Dkt. No. 112.)

LCR 83.2(b)(4) requires a business entity be represented by counsel. If the attorney for a business entity seeks to withdraw, "the attorney shall certify that he or she has advised the business entity that it is required by law to be represent by an attorney admitted to practice

before this court and that failure to obtain a replacement attorney by the date the withdrawal is effective may result in . . . entry of default against the business entity as to any claims of other parties." LCR 83.2(b)(4).

Here, defense counsel has certified to the Court that he has provided Defendant the requisite notice. (Dkt. No. 114.) Additionally, there is no currently pending item in this matter before the Court. And it would be unjust to require Defendant's counsel to stay on the case indefinitely based on the possibility of future litigation. Therefore, defense counsel's motion (Dkt. No. 110) is GRANTED.

DATED this 7th day of October 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE